**PHILIP D. STERN & ASSOCIATES, LLC**
697 Valley Street, Suite 2D
Maplewood, NJ 07040-2642
Telephone: (973) 379-7500
Attorney of Record: Philip D. Stern
Attorneys for Plaintiffs, Alexander Braurman
and Olga Braurman

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEXANDER BRAURMAN and OLGA BRAURMAN,<br><br>       Plaintiffs,<br><br>   v.<br><br>CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC,<br><br>       Defendants. | Case 2:10-cv-06146-PGS-ES<br><br>**NOTICE OF DISMISSAL** |

This matter having been amicably resolved by and between the Plaintiffs, ALEXANDER BRAURMAN and OLGA BRAURMAN, and Defendant CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC, Plaintiffs hereby give notice dismissing this action WITH PREJUDICE and without costs.

                                             **PHILIP D. STERN & ASSOCIATES, LLC**
                                                      *s/ Philip D. Stern*
Dated: April 20, 2011                              PHILIP D. STERN
                                             Attorneys for Plaintiffs, Alexander Braurman
                                             and Olga Braurman